# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEW MEXICO

**TINA CRUZ,**                                                                                    2:19-cv-00726 GJF/SMV

     **Plaintiff,**

vs.

**JAMEAL LANDRUM, in his individual capacity,**
**BRANDON ROYBAL, in his individual capacity,**
**and**
**CITY OF LAS CRUCES,**

     **Defendants.**

## ORDER GRANTING JOINT MOTION TO STAY PROCEEDINGS
## PENDING SETTLEMENT CONFERENCE

**THIS MATTER** came before the Court on the Parties *Joint Motion to Stay Proceedings Pending Settlement Conference* [Doc. 37]. The Court having been advised that the motion is unopposed, finds there is good cause to grant the motion, and therefore grants the same.

**IT IS, THEREFORE, THE ORDER** of this Court, that this matter is stayed pending the March 22, 2021 settlement conference.

_____
THE HONORABLE STEPHAN M. VIDMAR
UNITED STATES MAGISTRATE JUDGE

Respectfully submitted,

MYNATT MARTÍNEZ SPRINGER P.C.


*/s/  Electronically Submitted 3-02-21*
DAMIAN L. MARTÍNEZ
N.M. Bar No. 14678
P.O. Box 2699
HALEY R. GRANT
N.M. Bar No. 145671
Las Cruces, NM  88004-2699
(575) 524-8812
dlm@mmslawpc.com
hrg@mmslawpc.com
*Attorneys for Defendants*


Approved:

MCGRAW & STRICKLAND, LLC


*Approved via email on 3.2.21*
MARGARET STRICKLAND, ESQ.
165 West Lucero
Las Cruces, NM 88005
(575) 523-4321
Margaret@lawfirmnm.com
*Attorney for Plaintiffs*